AO-10
Rev. 1/2001

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEES

Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, JOHN G., JR. | U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT | 5/13/01 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - NOMINEE | ✓ Nomination, Date 5/9/01 ___ Initial ___ Annual ___ Final | 1/1/00 - 5/13/01 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| HOGAN & HARTSON L.L.P. 555 13TH STREET N.W. WASHINGTON, D.C. 20004 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| 1 PARTNER | HOGAN & HARTSON L.L.P. |
| 2 ADVISORY BOARD | STATE & LOCAL LEGAL CENTER, GEORGETOWN UNIV. |
| 3 | LAW CENTER SUPREME COURT INSTITUTE, NATIONAL LEGAL CENTER FOR THE PUBLIC INTEREST (ALL UNPAID FOR NONPROFIT ORGS.) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1 2001 | HOGAN & HARTSON PARTNERSHIP AGREEMENT SETS FORMULA FOR PAYOUT |
| 2 | TO DEPARTING LAWYER FOR HIS OWNERSHIP INTEREST IN FIRM. RETIREMENT AND 401(K) PLANS ARE DEFINED CONTRIBUTION, FULLY |
| 3 | VESTED, AND INVESTED IN MUTUAL FUNDS SELECTED BY INDIVIDUAL |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 1999 | HOGAN & HARTSON L.L.P. | $715,598 |
| 2 2000 | HOGAN & HARTSON L.L.P. | $766,616 |
| 3 2001 | HOGAN & HARTSON L.L.P. | $111,111.57 |
| 4 1999, 2000, 2001 | SHAW PITTMAN (WIFE'S LAW FIRM) | $ |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| *EXEMPT* | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| *EXEMPT* | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

JOHN G. ROBERTS, JR.     5/13/01

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | EXEMPT | | | | |
| 1  AGILENT | | NONE | J | T | | | | | |
| 2  AOL | | NONE | O | T | | | | | |
| 3  ASTRAZENECA | A | DIV | J | T | | | | | |
| 4  AT & T | A | DIV | J | T | | | | | |
| 5  BECTON DICKINSON | A | DIV | J | T | | | | | |
| 6  BLOCKBUSTER | A | DIV | K | T | | | | | |
| 7  BOEING | A | DIV | J | T | | | | | |
| 8  CISCO | | NONE | K | T | | | | | |
| 9  CITIGROUP | A | DIV | K | T | | | | | |
| 10  COCA COLA | A | DIV | J | T | | | | | |
| 11  CORVIS | | NONE | J | T | | | | | |
| 12  CP | A | DIV | J | T | | | | | |
| 13  DELL | | NONE | M | T | | | | | |
| 14  DISNEY | A | DIV | K | T | | | | | |
| 15  FIRST VA BANKS | A | DIV | J | T | | | | | |
| 16  FREDDIE MAC | A | DIV | K | T | | | | | |
| 17  GILLETTE | A | DIV | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less P=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | | |

Name of Person Reporting: JOHN G. ROBERTS, JR.

Date of Report: 5/13/01

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  HELEN OF TROY | | NONE | J | T | | | | | |
| 19  HELLER FINANCIAL | A | DIV | J | T | | | | | |
| 20  HEWLETT-PACKARD | A | DIV | K | T | | | | | |
| 21  HILLENBRAND | A | DIV | K | T | | | | | |
| 22  INTEL | A | DIV | L | T | | | | | |
| 23  IRISH INV FUND | B | DIV | J | T | | | | | |
| 24  JDS UNIPHASE | | NONE | J | T | | | | | |
| 25  JNJ | A | DIV | J | T | | | | | |
| 26  LORAL | | NONE | J | T | | | | | |
| 27  LUCENT | A | DIV | J | T | | | | | |
| 28  MERCK | A | DIV | K | T | | | | | |
| 29  MICROSOFT | | NONE | N | T | | | | | |
| 30  MOTOROLA | A | DIV | J | T | | | | | |
| 31  NIKE | A | DIV | J | T | | | | | |
| 32  NOKIA | A | DIV | L | T | | | | | |
| 33  NOVELLUS | | NONE | J | T | | | | | |
| 34  PMC SIERRA | | NONE | J | T | | | | | |
| 35  PGO | | NONE | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,000-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| PFIZER | A | DIV | J | T | | | | | |
| PROCTOR GAMBLE | A | DIV | J | T | | | | | |
| PSNRY | | NONE | J | T | | | | | |
| SCHLUMBERGER | A | DIV | J | T | | | | | |
| SCIENTIFIC ATLANTA | A | DIV | K | T | | | | | |
| STATE STREET | A | DIV | K | T | | | | | |
| TEXAS INSTRUMENTS | A | DIV | M | T | | | | | |
| TMO | | NONE | K | T | | | | | |
| WCOM | | NONE | J | T | | | | | |
| XMSR | | NONE | L | T | | | | | |
| WASHINGTON REIT | A | DIV | K | T | | | | | |
| PARADIM INC PFD | A | DIV | J | W | | | | | |
| AMER CENT GR FUND | B | DIV | J | T | | | | | |
| DAVIS SER REAL EST FUND | A | DIV | J | T | | | | | |
| FIDELITY CONTRAFUND | C | DIV | K | T | | | | | |
| FIDELITY FREEDOM 2010 | A | DIV | J | T | | | | | |
| FIDELITY LOW PRICED | D | DIV | M | T | | | | | |
| FIDELITY MAGELLAN | D | DIV | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000   E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 54 FIDELITY OTC | D | DIV | K | T | | | | | |
| 55 FIDELITY OVERSEAS | C | DIV | K | T | | | | | |
| 56 FIDELITY SELECT ENERGY | | NONE | J | T | | | | | |
| 57 FRANKLIN MUT BEAC Z | C | DIV | J | T | | | | | |
| 58 FRANKLIN MUT DISC Z | B | DIV | J | T | | | | | |
| 59 GAM GLOBAL C FUND | A | DIV | J | T | | | | | |
| 60 JANUS ENT FUND | | NONE | K | T | | | | | |
| 61 JANUS FUND | B | DIV | K | T | | | | | |
| 62 JANUS WW FUND | C | DIV | K | T | | | | | |
| 63 MERCURY HW INT'L FUND | C | DIV | K | T | | | | | |
| 64 LORD ABBETT DEV GR FUND | A | DIV | K | T | | | | | |
| 65 PUTNAM NEW OPP FUND | | NONE | J | T | | | | | |
| 66 PUTNAM VOYAGER FUND | | NONE | J | T | | | | | |
| 67 SELIGMAN OMM A FUND | C | DIV | J | T | | | | | |
| 68 TORRAY FUND | C | DIV | L | T | | | | | |
| 69 TR PRICE EURO STOCK | A | DIV | J | T | | | | | |
| 70 TR PRICE SCI + TECH | C | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

JOHN G. ROBERTS, JR.

Date of Report

5/13/01

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets,) | | | | | | | | | |
| 71 VANGUARD INT'L GR | C | DIV | K | T | | | | | |
| 72 VANGUARD SM CAP INDEX | D | DIV | L | T | | | | | |
| 73 PILGRIM WW EM FUND | | NONE | J | T | | | | | |
| 74 ALLFIRST BANK M. MKT | E | INT | O | T | | | | | |
| 75 ARK MONEY MKT | A | DIV | J | T | | | | | |
| 76 CMA MONEY FUND | C | DIV | L | T | | | | | |
| 77 C. SCHWAB MONEY MKT | A | DIV | J | T | | | | | |
| 78 C. SCHWAB MUNI M FUND | C | DIV | L | T | | | | | |
| 79 FIRST UNION CHECKING | A | INT | J | T | | | | | |
| 80 CHEVY CHASE BANK | A | INT | J | T | | | | | |
| 81 1/8 INTEREST IN COTTAGE, KNOCKLONG, LIMERICK, IRE. | A | RENT | J | W | | | | | |
| 82 HOGAN & HARTSON L.L.P. INVESTMENT FUND | A | INT | J | W | | | | | |
| 83 SHAW PITTMAN INVESTORS - 2000 L.L.C. | A | INT | J | W | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |
| 86 | | | | | | | | | |
| 87 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____5/13/01_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 700 | 000 | 00 | Notes payable to banks—secured | | 0 | |
| U.S. Government securities—add schedule | | 0 | | Notes payable to banks—unsecured | | 0 | |
| Listed securities—add schedule | 2,107 | 021 | 21 | Notes payable to relatives | | 0 | |
| Unlisted securities—add schedule | 2 | 000 | 00 | Notes payable to others | | 0 | |
| Accounts and notes receivable: | | 0 | | Accounts and bills due | | 0 | |
| Due from relatives and friends | | 0 | | Unpaid income tax | | 0 | |
| Due from others | | 0 | | Other unpaid tax and interest | | 0 | |
| Doubtful | | 0 | | Real estate mortgages payable—add schedule | 270 | 272 | 27 |
| Real estate owned—add schedule | 435 | 000 | 00 | Chattel mortgages and other liens payable | | 0 | |
| Real estate mortgages receivable | | 0 | | Other debts—itemize: | | 0 | |
| Autos and other personal property | 18 | 000 | 00 | | | | |
| Cash value—life insurance | 11 | 911 | 06 | | | | |
| Other assets—itemize: | 778 | 615 | 76 | | | | |
| SEE SCHEDULE | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 270 | 272 | 27 |
| | | | | Net Worth | 3,782 | 275 | 76 |
| Total Assets | 4,052 | 548 | 03 | Total liabilities and net worth | 4,052 | 548 | 03 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | | Are any assets pledged? (Add schedule.) | | NO | |
| On leases or contracts | | 0 | | Are you defendant in any suits or legal actions? | | NO | |
| Legal Claims | | 0 | | Have you ever taken bankruptcy? | | NO | |
| Provision for Federal Income Tax | | 0 | | | | | |
| Other special debt | | 0 | | | | | |